UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:14-CR-96 |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **MARQUEL DAVON FOSTER** | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about February 6, 2012, in the District of South Carolina, the Defendant, **MARQUEL DAVON FOSTER**, in connection with the acquisition of two firearms, to wit: a Hi-Point, model CF380, .380 caliber pistol and a MasterPiece Arms ("MPA"), model MPA10T, .45 caliber pistol, from Best Deal Pawn & Gun, Two Notch Road, Columbia, South Carolina, a federally licensed firearms dealer, knowingly did make a false statement intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of sale in that the Defendant represented that he was the actual purchaser of the firearms, whereas in truth and fact, as the Defendant well knew, he was not the actual purchaser of the firearms;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about February 8, 2012, in the District of South Carolina, the Defendant, **MARQUEL DAVON FOSTER**, in connection with the acquisition of two firearms, to wit: a European American Armory Corporation ("EAA"), model Windicator, .357 caliber revolver and a Ruger, model P95, 9mm pistol, from Best Deal Pawn & Gun, Two Notch Road, Columbia, South Carolina, a federally licensed firearms dealer, knowingly did make a false statement intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of sale in that the Defendant represented that he was the actual purchaser of the firearms, whereas in truth and fact, as the Defendant well knew, he was not the actual purchaser of the firearms;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about March 7, 2012, in the District of South Carolina, the Defendant, **MARQUEL DAVON FOSTER**, in connection with the acquisition of two firearms, to wit: a Taurus, model PT140pro, .40 caliber pistol and a MasterPiece Arms ("MPA"), model MPA930T, 9mm pistol, from Best Deal Pawn & Gun, Two Notch Road, Columbia, South Carolina, a federally licensed firearms dealer, knowingly did make a false statement intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of sale in that the Defendant represented that he was the actual purchaser of the firearms, whereas in truth and fact, as the Defendant well knew, he was not the actual purchaser of the firearms;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE

1. **FIREARM OFFENSES:**

Upon conviction for a felony violation of Title 18, United States Code, Section 922(a)(6) as charged in this Indictment, an offense punishable by imprisonment for more than one year, the Defendant, **MARQUEL DAVON FOSTER,** shall forfeit to the United States all of the Defendant's right, title and interest in and to any property, real and personal,

    (a)    any firearms (as defined in 18 U.S.C. § 921) -

        (1)    involved in or used in any knowing violations of 18 U.S.C. §§922 and 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence;

2. **PROPERTY:**

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

    (a)    <u>Firearms</u>:

        (1)    MasterPiece Arms, model MPA10T, .45 caliber pistol
                  Serial Number: A11700
                  Seized on: January 18, 2013 in Bridgeton, NJ
        (2)    Hi-Point, model CF380, .380 caliber pistol
                  Serial Number: P8051431
        (3)    European American Armory Corporation ("EAA"), model Windicator, .357 caliber revolver
                  Serial Number: 10887368
        (4)    Ruger, model P95, 9mm pistol
                  Serial Number: 317-92034
        (5)    Taurus, model PT140pro, .40 caliber pistol
                  Serial Number: SD080707

(6) MasterPiece Arms ("MPA"), model MPA930T, 9mm pistol
Serial Number: F13273

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A _True_ BILL

Redacted
FOREPERSON

WILLIAM N. NETTLES (SDH)
UNITED STATES ATTORNEY